NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHARLOTTE N. WHITE,**
*Petitioner,*

**v.**

**SOCIAL SECURITY ADMINISTRATION,**
*Respondent.*

---

2013-3134

---

Petition for review of the Merit Systems Protection Board in No. CB7521110004-T-1.

---

**JUDGMENT**

---

VICTOR R. FARRUGIA, Farrugia Law Firm, LLC, of New Orleans, Louisiana, argued for petitioner.

DOMENIQUE KIRCHNER, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were STUART F. DELERY, Assistant Attorney General, ROBERT E. KIRSCHMAN, JR., Director, and STEVEN J. GILLINGHAM, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

   November 7, 2014          /s/  Daniel  E.  O'Toole
Date                   Daniel E. O'Toole
                         Clerk of Court